UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOSEPH HOLT,

        Plaintiff,

v.                                   Case No. 5:11-cv-526-Oc-10TBS

DANIEL BROWN, et al.,

        Defendant.
_____/

ORDER

Pending before the Court is Defendants, Daniel Brown and Reliable Constructors, Inc.'s Motion to Strike Plaintiff's Response to Defendants' Motion to Dismiss (Doc. No. 40). The motion is DENIED WITHOUT PREJUDICE based upon the movants failure to comply with Local Rule 3.01(g).

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on November 23, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel